**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AFFINITY LABS OF TEXAS LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD.,** *et al.***,**<br><br>    **Defendants.** | **Lead Case No.:**     **14-CV-2717 YGR**<br><br>And related case:    14-CV-2966 YGR<br><br>**ORDER INCORPORATING DOCKET IN RELATED CASE AND ADMINISTRATIVELY CLOSING THE SAME** |

On March 12, 2015, the Court issued an Order to Show Cause why Case No. 14-cv-2966 should not be administratively terminated. (Dkt. No. 87.) As the Court noted, Lead Case No. 14-cv-2717 and Related Case No. 14-cv-2966 refer to the same underlying action, which has two case numbers—with separate sets of filings—in light of the unique procedural history of the case and its piecemeal transfer to this Court. (*See* Dkt. No. 55 at 1-2.) Only plaintiff responded to the order to show cause by the response deadline, indicating no objection "in principle" to the administrative closure of Case No. 14-cv-2966, but seeking to ensure the Lead Case docket incorporates the docket entries and filings from the closed docket. (Dkt. No. 95.) Therefore, the Court hereby **ORDERS**: (1) that the docket entries and filings in Case No. 14-cv-2966 be deemed incorporated into Lead Case No. 14-cv-2717; and (2) that the Clerk administratively close the docket in Case No. 14-cv-2966, but preserve those filings, as is done in the normal course. Future filings should be made only on the Lead Case docket, not on the administratively closed docket.

**IT IS SO ORDERED**.

Date: April 8, 2015

                                                                  **YVONNE GONZALEZ ROGERS**
                                                              **UNITED STATES DISTRICT COURT JUDGE**